UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
BRAVIA CAPITAL PARTNERS, INC.,          :
           :
                 Plaintiff,          :
           :     20-CV-2543 (JMF)
          -v-                  :
           :        ORDER
HONG KONG BOHAI LEASING ASSET        :
MANAGEMENT CORP. LIMITED et al.,       :
           :
                 Defendants.    :
           :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For reasons the Court will explain orally at an initial pretrial conference to be held telephonically on **January 19, 2021,** at **4:00 p.m.**, the Court GRANTS in part and DENIES in part Defendants' motion to dismiss.  ECF No. 15.  Specifically, the Court dismisses Plaintiff's breach of contract claims to the extent they are premised on allegations that (1) a decrease in Seaco SRL's net income indicates that a Seaco Sale occurred and (2) Defendants have failed to provide Plaintiff with bi-weekly update reports.  By contrast, Plaintiff's breach of contract claim survives to the extent it is premised on the assertion that the alleged takeover of HNA Group Co. Ltd. by the Hainan provincial government constituted a Seaco Sale.  Defendants shall file an Answer to the surviving claim no later than **January 11, 2021.**

      The parties should join the January 19th conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      The Clerk of Court is directed to terminate ECF No. 15.

      SO ORDERED.

Dated: December 21, 2020
      New York, New York
                                              JESSE M. FURMAN
                                         United States District Judge