UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
BRAVIA CAPITAL PARTNERS, INC.,   :
  :
             Plaintiff,   :
  :     20-CV-2543 (JMF)
     -v-   :
  :     <u>ORDER</u>
HONG KONG BOHAI LEASING ASSET   :
MANAGEMENT CORP. LIMITED et al.,   :
  :
             Defendants.   :
  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record at the discovery conference held telephonically earlier today:

- Unless and until the Court orders otherwise, Mr. Daniel Chen is ORDERED to comply with the subpoena, including but not limited to appearing for a deposition, **within twenty-one days** of the date of this Order or sanctions may be imposed.

- Plaintiffs shall file any motion to compel Mr. Adam Tan to appear for a deposition, or any letter proposing a briefing schedule for such a motion, **within one week of the completion of Mr. Chen's deposition.**

SO ORDERED.

Dated: July 6, 2021
      New York, New York

                                                        JESSE M. FURMAN
                                                  United States District Judge